IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ZURICH AMERICAN INSURANCE COMPANY                                    PLAINTIFF

V.                                                        Case No.: 3:14-cv-00362-DPJ-FKB

MANAGEMENT & TRAINING CORPORATION;
CHRISTOPHER EPPS; GLORIA PERRY; and
ARCHIE LONGLEY                                                       DEFENDANTS

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW the plaintiff, Zurich American Insurance Company, and defendants Christopher Epps, Gloria Perry, and Archie Longley, being all the parties who have appeared in this action, by and through their respective attorneys of record, and, in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), agree and stipulate to the dismissal of this action without prejudice, each party further agreeing to bear his, her, or its own respective costs and fees.

Date: September 15, 2014                    Respectfully submitted,

 

                                                      s/ Jeffrey S. Dilley
Jeffrey S. Dilley (MBN 6127)
Henke-Bufkin, P.A.
Post Office Box 39
Clarksdale, Mississippi 38614
Telephone: (662) 624-8500
Email: jsd@henke-bufkin.com

*Attorney for Zurich American Insurance Company*

-AND-

- 2 -

                          s/ Harold E. Pizzetta, III
                          Harold E. Pizzetta, III (MBN 99867)
                          Assistant Attorney General
                          Civil Litigation Division
                          Office of the Attorney General
                          Post Office Box 220
                          Jackson, Mississippi 39205
                          Telephone: (601) 359-5654
                          Email: hpizz@ago.state.ms.us

*Attorney for Christopher Epps,*
*Gloria Perry, and Archie Longley*

## CERTIFICATE OF SERVICE

       I, Jeffrey S. Dilley, do hereby certify that on **September 15, 2014**, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send a notification of such filing to all counsel of record.

                          /s Jeffrey S. Dilley